AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 26, 2021**

SEAN F. McAVOY, CLERK

DAMIAN C.,

*Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY,

*Defendant*

Civil Action No. 1:20-CV-03138-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ____ recover from the defendant *(name)* ____ the amount of ____ dollars ($ ____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____ recover costs from the plaintiff *(name)* ____ .

☑ other: Plaintiff's Motion for Summary Judgment (ECF No. 14) is GRANTED.
Defendant's Motion for Summary Judgment (ECF No. 15) is DENIED.
The decision of the Commissioner is REVERSED and REMANDED for additional proceedings.
Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge ____ presiding, and the jury has rendered a verdict.

☐ tried by Judge ____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A Bastian  on motions for Summary Judgment (ECF Nos. 14 and 15).

Date: 10/26/2021

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams

*(By) Deputy Clerk*

Lee Reams